IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS.                                         4:13-CR-00036-BRW

JAMES WELDON KING                                                                                  DEFENDANT

## ORDER

Pending is Defendant's Motion for Leave to File Motion Under Seal (Doc. No. 46). The Prosecution has responded and does not object.[1]

For good cause shown, the Motion is GRANTED. Accordingly, Defendant is direct to file his motion under seal within 10 days of this Order.

IT IS SO ORDERED this 19th day of June, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 47.